# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Southwick, Leslie H. | 2. Court or Organization<br><br>United States Court of Appeals, Fifth Circuit | 3. Date of Report<br><br>05/15/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit judge, active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ✔ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |
| 7. Chambers or Office Address<br><br>501 East Court Street<br>Room 3.750<br>Jackson, MS 39201 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

✔ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Southwick, Leslie H. | 05/15/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2014 | Mississippi College School of Law adjunct teaching | $8,000.00 |
| 2. | 2014 | Public Retirement System of Mississippi | $7,100.00 |
| 3. | 2014 | University Press of Mississippi, book royalties | $962.00 |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Center for American and International Law | February 12-14, 2014 | New Orleans, Louis. | Bench-Bar Bankruptcy Conference | Food, lodging, transportation |
| 2. | Federalist Society, University of Houston Law School | February 18-19, 2014 | Houston, Tex. | Spoke to student group | Food, lodging, transportation |
| 3. | Rotary International | April 24-25, 2014 | Washington, D.C. | Orientation Program, Foreign judges | Food, lodging, transportation |
| 4. | Southwestern Chapter of the American Board of Trial Advocates | May 2-3, 2014 | Nashville, Tenn. | spoke at seminar | Food, lodging, transportation |
| 5. | Mississippi Bar | June 26-27, 2014 | Destin,, Fla. | Spoke at annual Bar Convention | Food, Lodging, transportation. |

| Name of Person Reporting | Date of Report |
|---|---|
| Southwick, Leslie H. | 05/15/2015 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | Federalist Society. Berkeley Law School | Sept. 28-29, 2014 | Berkeley, Cal. | Spoke to student group | Food, lodging, transportation |
| 7. | SMU Dedman School of Law | Nov. 14-16, 2014 | Dallas, Tex. | Spoke at AJEI seminar | Food, lodging, transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| **Southwick, Leslie H.** | 05/15/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Parcel # 1, severed mineral interest, Hidalgo County, Tx | | None | J | Q | | | | | |
| 2. Parcel # 2, severed mineral interest, Hidalgo County, Tx | | None | J | Q | | | | | |
| 3. Parcel # 3, Hidalgo County, Tx 2001 appraisal | | None | M | Q | | | | | |
| 4. Citizens National Bank | D | Interest | M | T | | | | | |
| 5. State Bank and Trust account | A | Interest | M | T | | | | | |
| 6. Synchrony, formerly GE Capital Retail Bank | D | Interest | M | T | | | | | |
| 7. Principal Funds -- Govt and Hq Bond | | None | K | T | | | | | |
| 8. Principal Funds -- Large Cap Growth | | None | J | T | | | | | |
| 9. Principal Funds -- Large Cap S&P 500 | | None | K | T | | | | | |
| 10. Principal Funds -- MidCap Blend | | None | K | T | | | | | |
| 11. Principal Financial Variable Life -- SmallCap Blend | | None | K | T | | | | | |
| 12. Trustmark National Bank Account | A | Interest | J | T | | | | | |
| 13. Metropolitan Bank | D | Interest | M | T | | | | | |
| 14. Metropolitan Life Ins. Co. annuity | | None | O | T | | | | | |
| 15. Renasant Bank | C | Interest | M | T | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Southwick, Leslie H. | 05/15/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 1, value is based on a 2001 appraisal

Part VII, Line 2, value is based on a 2001 appraisal

Part VII, Line 3, value is based on a 2001 appraisal

Part VII, Lines 7-11. The name "Principal Funds" appears to be the accurate one for the accounts, not Principal Variable Life

Part VII. In the previous report, there was a Principal Large Cap Blend fund. At some unknown date, the account manager moved the small investment I had there into one of the other accounts.

Part VII. In the 2013 report, Line 19, I showed my state retirement as an asset in Part VII. I did not receive any income from the retirement until November 2014. I was advised by an AO staff member that the state retirement should be shown in Part III, and not in Part VII. I made that change.

| Name of Person Reporting | Date of Report |
|---|---|
| Southwick, Leslie H. | 05/15/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Leslie H. Southwick**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544